IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA DELGADO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GGNSC GRAND ISLAND LAKEVIEW LLC,<br><br>　　　　　Defendant. | 4:15CV3124<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The deadline for completing discovery is extended to July 8, 2016.

2) The summary judgment deadline is extended pending further order of the court.

3) The parties shall promptly contact my chambers once they have selected a date for convening a settlement conference.

May 24, 2016.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge