IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA DELGADO,<br><br>                Plaintiff,<br><br>vs.<br><br>GGNSC GRAND ISLAND LAKEVIEW LLC,<br><br>                Defendant. | **4:15CV3124**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties' motion to extend the expert witness deposition deadline, (Filing No. 35), is granted. As to the depositions of expert witnesses only, the deposition deadline is continued pending further order to the court.

2) As to Plaintiff's motion to compel the deposition of Defendant's Rule 35 examining physician, Defendant's response shall be filed on or before September 2, 2016, with Plaintiff's reply due on or before September 9, 2016.

August 29, 2016.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge