IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA DELGADO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GGNSC GRAND ISLAND LAKEVIEW LLC,<br><br>　　　　　Defendant. | **4:15CV03124**<br><br>**ORDER** |

　　　A summary judgment motion, motion to disqualify, and several supplementary motions are currently pending before this court. (Filing Nos. 45, 57, 67, & 75). The court needs additional time to rule on these pending motions and cannot be ready as scheduled for the pretrial conference currently set for January 3, 2016. In addition, the presiding judge is unavailable to try to case on the currently scheduled trial date. Therefore, on the court's own motion,

　　　IT IS ORDERED:

　　　1)　　The pretrial and trial of this case are continued pending further order by the court.

　　　2)　　Defendant's Motion to Extend Pretrial deadlines, (Filing No. 66), is denied as moot.

　　　Dated this 21st day of December, 2016

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge