## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TARA DELGADO,

                Plaintiff,

vs.

GGNSC GRAND ISLAND
LAKEVIEW LLC,

                Defendant.

4:15-CV-3124

ORDER

This matter is before the Court on the defendant's objection to the Magistrate Judge's April 28, 2017 Memorandum and Order denying the defendant's motion to disqualify plaintiff's counsel. After thoroughly reviewing the record, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); *see* 28 U.S.C. § 636(b)(1)(A). Accordingly, the defendant's objection (filing 92) is overruled.

Dated this 30th day of May, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge