IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA DELGADO, | **4:15CV3124** |
| Plaintiff, | |
| vs. | **ORDER** |
| GGNSC GRAND ISLAND LAKEVIEW LLC, | |
| Defendant. | |

IT IS ORDERED that the motion to permit Drew Millar to withdraw as as counsel of record for Defendant, (Filing No. 110), is granted.

August 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge