IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA DELGADO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GGNSC GRAND ISLAND LAKEVIEW, LLC,<br><br>　　　　　　Defendant. | 4:15-CV-3124<br><br>JUDGMENT |

On the parties' Stipulated Dismissal (filing 134), this action is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated this 25th day of April, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge